```
                                        FILED
                                     BILLINGS DIV.

                                   2009 AUG 19  AM 10 05

                                   PATRICK E. DUFFY, CLERK
                                   BY _____
                                          DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| REV. CALVIN WARREN, ) | CV-09-80-BLG-RFC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER ADOPTING FINDINGS** |
| ) | **AND RECOMMENDATIONS OF** |
| FORMER PRESIDENT ) | **U.S. MAGISTRATE JUDGE** |
| GEORGE BUSH, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 30, 2009, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendation. Magistrate Judge Ostby recommends this Court deny the Motion to Proceed In Forma Pauperis and Plaintiff should be declared a vexatious litigant.

1

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the June 30, 2009 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Plaintiff's allegations are delusional and frivolous. The Court is not aware of any statutory or constitutional authority that would authorize the granting of relief based on any discernable factual allegation in Plaintiff's pleading. Plaintiff has alleged these same or similar facts in previous suits, which have been dismissed.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Warren's Motion to Proceed In Forma Pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g).

2. The Clerk of Court is directed to close this case.

3. Warren is hereby declared a vexatious litigant.

4. The following pre-filing review order is issued:

    a. Warren is barred from filing in this Court:

        i. any case against the current or former Presidents of the United States and their wives;

        ii. any case against prominent clergy such as Billy Graham and Rev. Jesse Jackson;

        iii. any case regarding a failure to protect Warren's fiancee or himself from random attacks;

        iv. any case regarding the placement of technology in his and his fiancee's bodies;

        v. any case brought on behalf of others, including but not limited to his fiancee Jillian Marthawn; and

        vi. any case against general categories of defendants such as "all clergy," "all police," "all law officers," "all Americans," "all gangs," and "all Crips and Bloods."

    b. Should Warren file any further actions, they should be filed in a miscellaneous civil case entitled In Re Rev. Calvin Warren and assigned to United States Magistrate Judge Carolyn S. Ostby. Judge Ostby will review all such filings to

determine whether they should be filed under the appropriate standards and pertinent law.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the /19th  day of August, 2008.

/s/ Richard F. Cebull

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE